IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GARMAT USA, INC.,                    )
                                     )
                                     )
                Plaintiff,           )
       v.                            )        Civil Action No. 10-1068 (GMS)
                                     )
DOWNDRAFT SYSTEMS,                   )
                                     )
                                     )
                Defendant.           )

## ORDER

Presently before the court in the above-captioned matter is the defendant's motion to stay litigation pending re-examination of the patents-in-suit, and the plaintiff's motion in opposition thereto. After considering the parties' positions as set forth in their papers, and the applicable law;

IT IS HEREBY ORDERED THAT:

1. The defendant's motion to stay litigation pending re-examination of the patents-in-suit (D.I. 32) is GRANTED[1];

2. The plaintiff's motion for leave to file surreply (D.I. 42) is DENIED as moot;

3. The parties shall submit a joint status report to the court every three months, beginning today.

---

[1] The court finds that the *Abbott* factors weigh heavily in favor of staying this matter. First, this stay does not unduly prejudice or present a clear tactical disadvantage to Garmat. Garmat did not request a preliminary injunction and should Garmat ultimately be successful at trial, any delay in terminating infringement can be compensated monetarily. Second, this stay may simplify the issues in question because Downdraft has requested reexamination of every asserted claim, and even if the reexamination does not result in the amendment or cancellation of asserted claims it may narrow the issues for trial. Third, by Garmat's admission, discovery is not complete and no scheduling order has yet to be created. Furthermore, since Downdraft's filing of this motion, the PTO has granted it a filing date, and Garmat has opted to waive filing a patent owner's statement, reducing the pendency of the reexamination request.

Dated: October 13, 2011

_____

CHIEF, UNITED STATES DISTRICT JUDGE